IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Beauty Plus Trading Co., Inc. | |
| | Case No. 1:20-cv-7008 |
| v. | |
| | Judge: Hon. John Robert Blakey |
| THE PARTNERSHIPS and | Magistrate: Hon. Beth Jantz |
| UNINCORPORATED ASSOCIATIONS | |
| IDENTIFIED ON SCHEDULE "A" | |

**DEFENDANT'S REPORT**

I, the Defendant in SCHEDULE A-Doe #-297, providing written report TO: Beauty Plus Trading Co., Inc. (PLAINTIFF) and David Gulbransen (PLAINTIFF'S ATTORNEY):

(a) Name: Zhao Hanqing

   Physical address: No.1225, Xuji Ave., Xuchang, Henan, 461000, China.

(b) Marketplace: eBay

   Marketplace account: royalhairextensions

(c) Financial account: PayPal

(d) According to the SEALED *EX PARTE* TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF, I, my affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons, acting for, with, by, through, under or in active concert with us, had taken the steps to comply with

1

paragraphs 1(a)–(g) and 2(a)–(b). I had put the store on Vacation as Time Away on December 31, 2020, 12:00 AM until further ordered by this Court.

Dated this 12th Day of January, 2021          Respectfully submitted,

                                             By:   s/Zhao Hanqing/
                                                       Zhao Hanqing
                                                       Defendant

                                                       Address: No.1225,Xuji Ave.,
                                                       Xuchang,Henan,461000,China.
                                                       Telephone:0086-374-3369802
                                                       zhaohanqing811@hotmail.com

# CERTIFICATE OF SERVICE

A copy of this document was served upon Plaintiff or upon Plaintiff's attorney at the following address: David Gulbransen < david@gulbransenlaw.com > by e-mail, this 12th Day of January, 2021.

By: s/Zhao Hanqing/
Zhao Hanqing
Defendant

Address: No.1225,Xuji Ave.,
Xuchang,Henan,461000,China.
Telephone:0086-374-3369802
zhaohanqing811@hotmail.com